IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

C.D. ALSTON,

    Plaintiff,

vs.

CITY OF SACRAMENTO, SACRAMENTO CITY POLICE DEP'T,

    Defendants.

No. 2:12-cv-2865 GEB AC PS

FINDINGS & RECOMMENDATIONS

By order filed December 3, 2012, plaintiff was directed to file a complaint within thirty days, as she had only previously filed a motion for temporary restraining order. The thirty day period for filing a complaint has now expired, and plaintiff has not filed a complaint or otherwise responded to the court's order.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 6, 2013.

                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE

/mb;alst2865.fta